425 A.2d 837

Willbet Enterprises, Inc. v. Alten Enterprises, Inc., Appellant.

Argued September 10, 1979. Lois Podel, for appellant; Paul N. Sandler, for appellee.

Before SPAETH, HESTER and CAVANAUGH, JJ.

Order affirmed.

SPAETH, J. concurred in the result.